**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6923**

---


In Re: HARVEY P. SHORT,

Petitioner.

---

On Petition for Writ of Mandamus.
(CA-00-612-3-MU-2, CA-01-184-3-MU-2)

---

Submitted: September 18, 2001        Decided: October 23, 2001

---

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Harvey P. Short, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harvey P. Short filed this mandamus petition challenging the district court's denial of relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. Where there is another available remedy, mandamus relief is not available. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus relief is not a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Short could have challenged the denial of relief on his § 1983 action by filing an appeal. Accordingly, we deny his petition for mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2